IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENE READER LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. _____ | |
| v. ) | |
| ) **JURY TRIAL DEMANDED** | |
| ROCHE NIMBLEGEN, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

For its Complaint, Plaintiff Gene Therapy LLC ("Gene Reader"), by and through the undersigned counsel, alleges as follows:

## THE PARTIES

1. Gene Reader LLC is a Texas limited liability company with a place of business located at 1400 Preston Road #400, Plano, Texas 75093.

2. Defendant Roche NimbleGen, Inc. is a Delaware company with, upon information and belief, a place of business located at 500 S Rosa Road, Madison, WI 53719.

## JURISDICTION AND VENUE

3. This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

4. Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

5. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals

in this district.

6.  Venue is proper in this district pursuant to §§ 1391(b), (c) and 1400(b).

## THE PATENTS-IN-SUIT

7.  On April 8, 2003, United States Patent No. 6,545,758 (the "'758 patent"), entitled "Microarray Detector And Synthesizer," was duly and lawfully issued by the U.S. Patent and Trademark Office.  A true and correct copy of the '758 patent is attached hereto as Exhibit A.

8.  On May 20, 2003, United States Patent No. 6,567,163 (the "'163 patent"), entitled "Microarray Detector And Synthesizer," was duly and lawfully issued by the U.S. Patent and Trademark Office.  A true and correct copy of the '163 patent is attached hereto as Exhibit B.

9.  Gene Reader is the assignee and owner of the right, title and interest in and to the '758 and '163 patents, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,545,758

10.  Gene Reader repeats and realleges the allegations of paragraphs 1 through 9 as if fully set forth herein.

11.  Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of the '758 patent by making, using, importing, offering for sale, and/or selling a system and method for detecting the presence of a sample on a microarray, including, but not limited to the MS 200 Microarray Scanner, covered by one or more claims of the '758 patent.

12. More specifically and upon information and belief, the MS 200 Microarray Scanner includes a spatial light modulator capable of selectively optically interrogating a patterned microarray.  *See* NimbleGen MS 200 Microarray Scanner Operator's Manual at 2,

43, 51. The MS 200 Microarray Scanner also includes a synchronous detector capable of detecting an optical signal obtained from the patterned microarray. *See id.* at 2, 35, 59. The MS 200 Microarray Scanner further includes a processor capable of performing repetitive comparative measurements of the optical signals from one or more sites on the patterned microarray. *See id.* at 8, 43, 64.

13. Gene Reader is entitled to recover from Defendant the damages sustained by Gene Reader as a result of Defendant's infringement of the '758 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,567,163

14. Gene Reader repeats and realleges the allegations of paragraphs 1 through 13 as if fully set forth herein.

15. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of the '163 patent by making, using, importing, offering for sale, and/or selling a system and method for method for detecting optical signals generated from a microarray, including, but not limited to the MS 200 Microarray Scanner, covered by one or more claims of the '163 patent.

16. Gene Reader is entitled to recover from Defendant the damages sustained by Gene Reader as a result of Defendant's infringement of the '163 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### JURY DEMAND

Gene Reader hereby demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Gene Reader requests that this Court enter judgment against Defendant as follows:

A. An adjudication that Defendant has infringed the '758 and '163 patents;

B. An award of damages to be paid by Defendant adequate to compensate Gene Reader for Defendant's infringement of the '758 and '163 patents and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Gene Reader's reasonable attorneys' fees; and

D. An award to Gene Reader of such further relief at law or in equity as the Court deems just and proper.

Dated:  October 26, 2015         */s/Andrew W. Spangler*
                                 Andrew W. Spangler TX SB #24041960
                                 Spangler Law P.C.
                                 208 N. Green Street, Suite 300
                                 Longview, TX 75601
                                 Telephone:  (903) 753-9300
                                 Facsimile:  (903) 553-0403
                                 spangler@spanglerlawpc.com

                                 Stamatios Stamoulis DE SB #4606
                                 Richard C. Weinblatt DE SB #5080
                                 Stamoulis & Weinblatt LLC
                                 Two Fox Point Centre
                                 6 Denny Road, Suite 307
                                 Wilmington, DE 19809
                                 Telephone:  (302) 999-1540
                                 Facsimile:  (302) 762-1688
                                 stamoulis@swdelaw.com
                                 weinblatt@swdelaw.com

                                 *Attorneys for Plaintiff*